# In The United States Court of Federal Claims

## Cover Sheet

05-1058C

Plaintiff(s) or Petitioner(s)

Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] John F. Theil

Firm Name: Theil Law Firm

Post Office Box:

Street Address: One City Centre, 15th Floor

City-State-Zip: St. Louis, MO 63101

Telephone & Facsimile Numbers: 314-446-4278; 314-241-7604 fax

E-mail address: JohnTheil@charter.net

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: P S

**See attached Sheet for three digit code.**

Amount Claimed: $ 10,000,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005