FILED
OCT - 3 2005
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) |
| PLAINTIFF, | ) |
| | ) No.: 05 1058C |
| THE UNITED STATES, | ) |
| DEFENDANT. | ) |

## NOTICE OF RELATED CASES

Pursuant to RCFC 40.2(a)(1)(A), Plaintiff hereby makes notification that the case of Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation v. The United States, Cause No.: 05-251C, previously pending in the United States Court of Federal Claims, involves the same parties and are based on the same or similar claims.

THEIL LAW FIRM

By: ______________________
John F. Theil #109820
One City Centre, Suite 1500
St. Louis, MO 63101
314-446-4278
314-241-7604 (fax)
Attorney for Plaintiff

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 28 day of September, 2005, to the following counsel of record:

Paul Reid Wellons, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant