# In The United States Court of Federal Claims

No. 05-1058C

(Filed: December 7, 2005)

---

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 1, 2005, defendant filed a motion for an enlargement of time in which to file its response to plaintiff's complaint. The motion is hereby **GRANTED**. On or before January 31, 2006, defendant shall file its response to the complaint. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge