IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1058C<br>(Judge Allegra) |

DEFENDANT'S ANSWER

For its answer to the amended complaint of plaintiff, Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation, the United States, admits, denies, and alleges as follows:

The allegations contained in plaintiff's statement of jurisdiction and venue are conclusions of law to which no response is required; to the extent they are deemed allegations of fact, they are denied.

1. Denies the allegation contained in the first sentence of paragraph 1 for lack of knowledge or information sufficient to form a belief as to the truth of the allegation. The allegation contained in the second sentence of paragraph 1 is a legal conclusion to which no response is required; to the extent it is deemed an allegation of fact, it is denied.

2. Denies.

3. Admits the allegation contained in the first sentence of paragraph 3 that contract 14024 was renewed on June 30, 2003 in the name of Hal D. Hicks Mail Transportation. Denies the

allegations contained in the second sentence of paragraph 3 for lack of knowledge or information sufficient to form a belief as to their accuracy. Admits to the allegations contained in the third sentence of paragraph 3 to the extent supported by the document cited, which is the best evidence of its contents.

4. Denies the allegation contained in paragraph 4 for lack of knowledge or information sufficient to form a belief as to its accuracy.

5. Denies the allegation contained in paragraph 5 for lack of knowledge or information sufficient to form a belief as to its accuracy.

6. Admits the allegation contained in paragraph 6 to the extent supported by the letter cited, which is the best evidence of its contents.

7. Admits the allegation contained in paragraph 7 to the extent supported by the letter cited, which is the best evidence of its contents.

8. Defendant incorporates its responses to paragraphs 1 through 7.

9. Denies.

10. Denies.

11. Denies.

12. Denies.

13. Denies the allegation contained in paragraph 13 for lack of knowledge or information sufficient to form a belief as to their accuracy.

14. Denies.

15. Denies that plaintiff is entitled to the relief set forth, or to any relief whatsoever.

16. Denies each and every allegation not previously admitted or otherwise denied.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

January 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, a copy of the foregoing “DEFENDANT'S ANSWER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS