IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1058C<br>(Judge Allegra) |

DEFENDANT'S MOTION TO ENLARGE
THE TIME TO FILE A JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint preliminary status report by seven days, to and including March 31, 2006.

The joint status report presently is due on March 24, 2006. This is defendant's first request for an enlargement for this purpose. Although we have attempted to contact plaintiff's counsel via telephone and e-mail, we are unable to state whether plaintiff opposes this motion.

On March 21, 2006, counsel for defendant transmitted a draft proposed joint preliminary status report to counsel for plaintiff. On March 22 and 23, 2006, counsel for defendant left telephone messages regarding this draft for plaintiff's counsel. However, as of the time of this filing, counsel for plaintiff has not informed us whether counsel for plaintiff approves of our

draft language, and, as noted above, we have been unable to reach counsel for plaintiff. Counsel for defendant believes that the seven days of enlargement will provide sufficient time for the parties to agree upon language to include in a joint status report.

For these reasons, defendant respectfully requests that the Court enlarge the time to file a joint status report until March 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 24, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 24, 2006, a copy of the foregoing “DEFENDANT’S MOTION TO ENLARGE THE TIME TO FILE A JOINT PRELIMINARY STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS