IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

---

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, John F. Theil and the Theil Law Firm, L.L.C. and advise the Court and all parties of record of his new contact information:

John F. Theil
Theil Law Firm, L.L.C.
120 S. Central, Suite 1550
St. Louis, MO 63105
(314) 725-1725
(314) 725-5754 (fax)

THEIL LAW FIRM, L.L.C.

By: /s/John F. Theil
John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was served via electronic filing, this 30th day of March 2006, to the following counsel of record:

Paul Reid Wellons, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Brian M. Simkin, Asst. Director
U. S. Department of Justice
Civil Division - Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
p-wellons@yahoo.com
*Attorneys for Defendant*

/s/John F. Theil