IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| Plaintiff, | ) | No. 05-1058C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), counsel for plaintiff, Hal D. Hicks, and defendant, the United States, submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court possesses jurisdiction to entertain this action pursuant to 28 U.S.C. § 1491. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

At this time, the parties do not anticipate filing motions pursuant to RCFC 12(b) or 12(c). However, either before, or upon, completion of discovery, the parties may file dispositive motions pursuant to RCFC 56.

h. Relevant Issues

1. Whether the United States Postal Service breached any contract with plaintiff by unilaterally transferring or novating the contract to another party.

2. In the event plaintiff prevails upon the issue of liability, the amount of damages, if any, to which plaintiff is entitled.

i. <u>Settlement</u>

The parties anticipate pursuing settlement negotiations upon an informal basis as the litigation progresses.

j. <u>Trial</u>

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. The parties anticipate that a trial would take place in Washington, D.C.

k. <u>Electronic Case Management</u>

Parties have no special issue regarding electronic case management needs.

l. <u>Additional Information</u>

There is no additional information of which the Court should be aware at this time.

m. <u>Proposed Discovery Plan</u>

The parties plan to conduct discovery simultaneously, and propose the following discovery plan in accordance with RCFC Appendix A ¶ 5:

1. Pursuant to RCFC 26(a)(1), initial disclosures shall be made by April 24, 2006.

2. Fact discovery shall commence immediately upon all issues, and shall be completed by August 24, 2006.

3. At this time, it is not anticipated that the parties will require expert discovery. In the event that either party decides to rely upon expert opinion, the parties shall comply with the requirements of RCFC 26(a)(2).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ JOHN F. THEIL
JOHN F. THEIL
120 S. Central Ave.
Suite 1550
St. Louis, MO 63105

Tel: (314) 446-4278
Fax: (314) 241-7604

Attorney for Plaintiff

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

March 31, 2006

CERTIFICATE OF FILING

I hereby certify that on March 31, 2006, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS