# In The United States Court of Federal Claims

No. 05-1058C

(Filed: April 3, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A joint preliminary status conference will be held in this case on Wednesday, April 12, 2006, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge