# In The United States Court of Federal Claims

No. 05-1058C

(Filed: April 12, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 31, 2006, the parties filed their joint preliminary status report in this case. After reviewing its contents, the court hereby establishes the following discovery schedule:

(i) On or before April 24, 2006, initial disclosures pursuant to RCFC 26(a)(1) shall be made;

(ii) Fact discovery shall commence immediately on all issues, and shall be completed on or before August 24, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge