# In The United States Court of Federal Claims

No. 05-1058C

(Filed: May 11, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 12, 2006, the court ordered that fact discovery on all issues shall be completed on or before August 24, 2006. Accordingly, on or before September 7, 2006, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge