**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a/ HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| Plaintiff, | ) | No. 05-1058C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN**
**ENLARGEMENT OF TIME TO COMPLETE FACT DISCOVERY**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 98 days, from August 24, 2006, through and including November 30, 2006, for the parties to complete fact discovery in this case. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has not returned undersigned counsel's telephone calls to discuss this motion.

This breach of contract action was assigned to undersigned counsel of record for the Government after the parties' filed their joint preliminary status report on March 31, 2006, proposing an August 24, 2006 fact discovery cutoff, a deadline adopted by the Court in an order dated April 12, 2006.

As of the date of this motion, the parties have exchanged initial disclosures, defendant has responded to plaintiff's first request for production of documents, and defendant has served a deposition notice upon plaintiff. Although the Government

noticed plaintiff’s deposition for the week of August 21, 2006, we still need to obtain written discovery prior to taking plaintiff’s deposition. Further, plaintiff’s amended initial disclosure indicates that plaintiff does not have contact information for some of its witnesses. Therefore, we will be unable to subpoena them for deposition until we ascertain their whereabouts. This will take additional time as well.

Granting this motion will not cause undue delay. Plaintiff filed its complaint on October 3, 2005 and the Government filed its answer on January 31, 2006. Thus, this matter is relatively new.

**CONCLUSION**

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the Government an enlargement of time, through and including November 30, 2006, for the parties to complete fact discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Brian M. Simkin***

BRIAN M. SIMKIN
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

August 11, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 11th day of August 2006, a copy of the foregoing “DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE FACT DISCOVERY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder