IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

---

**RESPONSE TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO COMLETE FACT DISCOVERY**

COMES NOW Plaintiff, by and through his undersigned counsel, and for his Response to Defendant's Motion for Enlargement of Time to Complete Fact discovery, states as follows:

1. This case has been on file since October 3, 2005.

2. The government has been aware of the facts underlying this case since as early as 2004, when the United States Postal Service was put on notice of Mr. Hicks' intention on bringing suit against it for the facts asserted in this case.

3. The fact the government failed to take <u>one</u> step toward discovery until a week before the discovery deadline closes, is a clear sign of a lack of interest in the case. Hicks should not bear the burden of the government's lackadaisical discovery efforts.

4. This is a clear attempt by the government to delay the ultimate outcome in this case, in that the government has had almost ten months to conduct discovery. They, independently, chose to conduct no discovery until a week before the discovery deadline.

6. Further, the government consented to the current discovery schedule.

6. The government has presented no evidence to support why it should be allowed to receive an additional 98 days to conduct discovery. In fact, since the case was filed, the government has filed no Interrogatories or Requests for Production of Documents and, only at the 11th hour, noticed up one deposition without even requesting available dates for counsel or the deponent.

7. A 98 day extension of the discovery based on the failure to conduct any discovery during the period agreed upon, unjustifiably delays the adjudication of this matter and, further, causes extreme prejudice to Mr. Hicks as the subject contract ends on July 1, 2007.

8. For these reasons, the government's Motion for Enlargement of Time to Conduct Fact Discovery should be denied.

WHEREFORE, Hal D. Hicks, respectfully requests that this Court deny the defendant's Motion for Enlargement of Time to Complete Fact Discovery, and for such other and further relief this Court deems just and proper.

THEIL LAW FIRM, L.L.C.

By: /s/John F. Theil

John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed this 18th day of August, 2006, and served on the following counsel of record via electronic filing:

Richard P. Schroeder, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

_/s/John F. Theil____________________