IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

**MOTION TO QUASH DISCOVERY DEPOSITIONS**

COMES NOW Plaintiff, by and through his undersigned counsel, and for his Motion to Quash Defendant's Notice to Take Deposition of Hal D. Hicks, state as follows:

1. On August 11, 2006, the undersigned counsel received Defendant's Notice to Take Deposition of Hal Hicks from defendant's counsel.

2. Defendant's counsel made **no** attempt to coordinate mutually convenient dates or times with counsel or the party involved for the subject deposition.

3. The undersigned counsel and Mr. Hicks are unavailable on August 22, 2006, which is the date the defendant has scheduled Mr. Hicks' deposition.

4. In fact, Mr. Hicks is scheduled to be deposed in a Volusia County, Florida matter on August 22, 2006, which has been scheduled for some time pursuant to a Volusia County, Florida court Order.

WHEREFORE, Plaintiff respectfully requests that this court quash Defendant's Notice to Take Deposition of Hal Hicks set for Augus+t 22, 2006, and that this court

order counsel to reschedule said deposition to a mutually convenient date for all parties and counsel.

THEIL LAW FIRM, L.L.C.

By: _/s/John F. Theil__________

John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed this 18th day of August, 2006, and served on the following counsel of record via electronic filing:

Richard P. Schroeder, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

_/s/John F. Theil______________________