# In The United States Court of Federal Claims

No. 05-1058C

(Filed: August 28, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 12, 2006, the court ordered that fact discovery on all issues should be completed on or before August 24, 2006. On August 11, 2006, defendant moved for an enlargement of time to complete fact discovery because several of plaintiffs' witnesses had not been located, preventing defendant from subpoenaing them for depositions. On August 18, 2006, plaintiff filed its response to defendant's motion for an enlargement of time to complete fact discovery, opposing such an enlargement on the grounds that the enlargement was unjustifiable, and that it would cause extreme prejudice to the plaintiff. Also on August 18, 2006, plaintiff moved to quash defendant's notice to take deposition of Hal D. Hicks, scheduled for August 22, 2006, because Mr. Hicks was already scheduled to be deposed that same day in a different proceeding.

Based on the court's review of the foregoing documents:

1. Plaintiff's motion to quash is hereby **MOOT**.

2. Defendant's motion for an enlargement of time to complete fact discovery is hereby **GRANTED**, in part, and **DENIED**, in part. On or before **October 6, 2006**, all fact discovery shall be completed.

3. On or before **October 20, 2006**, the parties shall file a joint status report indicating how this case should proceed.

4. The court reminds the parties of their obligations to conduct discovery in good faith.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge