**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a/ HAL D. HICKS MAIL TRANSPORTATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1058C<br>(Judge Allegra) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO**
**<u>CONDUCT LIMITED ADDITIONAL DOCUMENT DISCOVERY</u>**

Pursuant to United States Court of Federal Claims Rule 6.1, defendant, the United States, respectfully requests an enlargement of time of 45 days, from October 6, 2006, through and including November 20, 2006, for the parties to complete limited document discovery in this matter. We previously have been granted an enlargement of time of 43 days to complete all fact discovery. Although the parties discussed aspects of this motion on October 5, 2006, plaintiff's counsel has not yet responded to undersigned counsel's email requesting consent to this motion.

On October 2, 2006, we received plaintiff's response to our request for production of documents. In that response, plaintiff indicated that many of the responsive documents were in the hands of third parties. Although we anticipate that at least some of the documents will be provided voluntarily, in the event they are not, we may need to issue third-party subpoenas. We understand that plaintiff also may wish to obtain documents from third parties. Therefore, we request additional time to conduct third-

party document discovery. In addition, the proposed enlargement of time will enable us to seek and obtain a privilege log from plaintiff, which was not provided when plaintiff provided us its documents on October 5, 2006.

Finally, we believe that it is likely that the next step in this case will to file dispositive motions. We do not anticipate that granting the proposed enlargement will delay the filing of a dispositive motion, at least by the Government, since our motion can be prepared while we are seeking documents from third parties. We intend to provide the Court with a proposed schedule for dispositive motions in the joint status report currently due on or before October 20, 2006.

## CONCLUSION

For the foregoing reasons, defendant, the United States, respectfully requests that this Court grant the parties an enlargement of time, through and including November 20, 2006, to complete limited document discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Brian M. Simkin***

BRIAN M. SIMKIN
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 6, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 6th day of October 2006, a copy of the foregoing "**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO CONDUCT LIMITED ADDITIONAL DOCUMENT DISCOVERY**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder