**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a/ HAL D. HICKS MAIL TRANSPORTATION, Plaintiff, | ) | No. 05-1058C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S MOTION TO FILE INDIVIDUAL STATUS REPORT IN LIEU OF JOINT STATUS REPORT OR, ALTERNATIVELY, FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**

Defendant, the United States, respectfully requests that the Court grant leave for the Government to file the individual status report, incorporated below, in lieu of a joint status report. Alternatively, we respectfully request an enlargement of time of 12 days, through and including November 1, 2006, to file a joint status report. This is our first request for an enlargement of time for this purpose.

Pursuant to this Court's August 28, 2006 order, a joint status report is due today. Although the parties discussed further proceedings in this action following plaintiff's October 5, 2006 deposition, counsel for plaintiff has yet responded to undersigned counsel's attempts to reach him to discuss the contents of the joint status report. We therefore respectfully propose that the Court accept the following individual status report in lieu of a joint status report.

**DEFENDANT'S STATUS REPORT**

On October 5, 2006, the Government conducted plaintiff's deposition. It is the Government's position that the next procedural step in this case should the filing of dispositive motions. We respectfully propose to file the Government's dispositive motion on or before December 14, 2006. This will give us the time necessary to obtain the transcript of plaintiff's deposition, which we have not yet received, prepare our dispositive motion, and submit it for the required internal review process.

If our dispositive motion is granted in its entirety, a trial of this action will be unnecessary. Therefore, we respectively propose that the Court defer additional scheduling matters, including setting a trial date, until after dispositive motions are decided.

**ENLARGEMENT MOTION**

Because plaintiff's counsel has not yet contacted us to discuss the contents of the joint status report, we respectfully request, in the alternative, that the Court grant the parties a 12-day enlargement of time, through and including November 1, 2006, to file a joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Brian M. Simkin***

BRIAN M. SIMKIN
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

October 20, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of October 2006, a copy of the foregoing "**DEFENDANT'S MOTION TO FILE INDIVIDUAL STATUS REPORT IN LIEU OF JOINT STATUS REPORT OR, ALTERNATIVELY, FOR AN ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder