# In The United States Court of Federal Claims

No. 05-1058C

(Filed: October 26, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 28, 2006, this court ordered the parties to file a joint status report on or before October 20, 2006, indicating how this case should proceed. On October 20, 2006, defendant filed a motion to file an individual status report in lieu of a joint status report, or alternatively, for an enlargement of time to file a joint status report. Defendant's motion to file an individual status report in lieu of a joint status report is hereby **GRANTED**, and its alternative motion for an enlargement of time to file a joint status report is hereby **DENIED**. Plaintiff shall file a response to defendant's individual status report on or before **November 7, 2006**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge