IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S INDIVIDUAL STATUS REPORT**

COMES NOW Plaintiff, by and through his undersigned counsel, and for his Individual Status Report, states as follows:

1. On August 28, 2006, the court ordered the parties to file a joint status report on or before October 20, 2006.

2. On October 20, 2006, defendant filed a motion to file an individual status report in lieu of a joint status report, or alternatively, for an enlargement of time to file a joint status report.

3. On October 26, 2006, this court ordered that defendant's motion to file an individual status report was granted and its alternative motion for an enlargement of time to file a joint status report was denied and ordered plaintiff to file a response to defendant's individual status report on or before November 7, 2006.

4. Plaintiff requests to extend the discovery cutoff up to and including December 22, 2006 because plaintiff's counsel needs to ask this court for third-party subpoenas directed to Midwest Transport, Inc. and Midwest Transit, Inc. due their non-compliance with state court subpoenas. Plaintiff's counsel discussed this today, via

telephone, with opposing counsel and defendant has no objection to extend this deadline to after their November 20, 2006 date previously filed with this court until plaintiff's requested of December 22, 2006.

5. Defendant still intends to file its dispositive motion on December 14, 2006.

6. Plaintiff, however, is requesting until January 31, 2006 to file his response and/or dispositive motion with regard to his case. Defendant has no objections to this deadline.

WHEREFORE, plaintiff, Hal D. Hicks, respectfully requests that this Court grant the above dates and for such other and further relief this Court deems just and proper.

THEIL LAW FIRM, L.L.C.

By: _/s/John F. Theil___________

John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed this 7th day of November, 2006, and served on the following counsel of record via electronic filing:

Richard P. Schroeder, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

_/s/John F. Theil____________________