# In The United States Court of Federal Claims

No. 05-1058C

(Filed: November 20, 2006)

---

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 28, 2006, this court ordered the parties to file a joint status report on or before October 20, 2006, indicating how this case should proceed. On October 6, 2006, defendant filed a motion for an extension of time, until November 20, 2006, to conduct limited additional document discovery. Plaintiff's response to this motion was due on October 23, 2006; no response has been received by the court as yet. On October 20, 2006, defendant filed a motion to file an individual status report in lieu of a joint status report, or alternatively, for an enlargement of time to file a joint status report, indicating that it had been unable to reach plaintiff's counsel. On October 26, 2006, this court ordered plaintiff to file an individual status report on or before November 7, 2006. In its status report, plaintiff informally requested an extension of time to complete discovery, up to and including December 22, 2006. Plaintiff, however, did not file a motion requesting an extension.

Fact discovery in this matter shall conclude on December 22, 2006. On or before January 5, 2007, the parties shall file a joint status report indicating how this case should proceed, with an appropriate proposed schedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge