CJRA_B, NJR

**U.S. District Court**
**Southern District of Illinois (Benton)**
**CIVIL DOCKET FOR CASE #: 4:04-cv-04263-GPM-PMF**

Hicks v. Midwest Transport, Inc.
Assigned to: Chief Judge G. Patrick Murphy
Referred to: Mag Judge Philip M. Frazier
Demand: $75,000
Cause: 28:1332 Diversity-Conversion

Date Filed: 12/22/2004
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Hal D Hicks** represented by **John F. Theil**
Theil Law Firm, LLC
120 South Central Avenue
Suite 1550
St. Louis, MO 63105
US
314-725-1725
Fax: 314-725-5724
Email: johntheil@johntheil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Midwest Transport, Inc.**
*doing business as*
Midwest Transport of Illinois

represented by **Kelley F. Farrell**
Carmody, MacDonald et al.
Generally Admitted
120 S. Central Ave.
Suite 1800
St. Louis, MO 63105
314-854-8600
Email: kff@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Hilton**
Carmody, MacDonald et al.
120 S. Central Ave.
Suite 1800
St. Louis, MO 63105
314-854-8600
Fax: 314-854-8660
Email: jeh@carmodymacdonald.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2004 | 1 | COMPLAINT against Midwest Transport, Inc. ( Filing fee $ 150 receipt number 300-101063.), filed by Hal D Hicks. (Attachments: # 1 Civil Cover Sheet)(jep, ) (Entered: 12/29/2004) |
| 12/22/2004 | 2 | Summons Issued as to Midwest Transport, Inc.. (jep, ) (Entered: 12/29/2004) |
| 12/29/2004 | 3 | RETURN OF SERVICE EXECUTED by Hal D Hicks on 12/24/04. (Theil, John) (Entered: 12/29/2004) |
| 12/29/2004 | 4 | RETURN OF SERVICE EXECUTED by Hal D Hicks on 12/24/04. (Theil, John) (Entered: 12/29/2004) |
| 01/13/2005 | 5 | MOTION to Dismiss *Plaintiff's Complaint, Or In The Alternative, Motion to Stay Proceedings* by Midwest Transport, Inc.. Responses due by 2/14/2005 (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Farrell, Kelley) (Entered: 01/13/2005) |
| 01/13/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *Plaintiff's Complaint, Or In The Alternative, Motion to Stay Proceedings* filed by Midwest Transport, Inc.. (Farrell, Kelley) (Entered: 01/13/2005) |
| 01/14/2005 | 7 | NOTICE of Appearance by Kelley F. Farrell on behalf of Midwest Transport, Inc. (Farrell, Kelley) (Entered: 01/14/2005) |
| 01/18/2005 | 8 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 7 Notice of Appearance filed by Midwest Transport, Inc.,. See attached document for specifics (dka, ) (Entered: 01/18/2005) |
| 01/27/2005 | 9 | CJRA TRACK B assigned: Jury Trial set for 12/19/2005 09:00 AM in Benton Court House before Judge J. Phil Gilbert. (dka, ) (Entered: 01/27/2005) |
| 01/31/2005 | 10 | MINUTE ORDER by Judge Philip M. Frazier entered 1/31/2005: A Scheduling and Discovery Conference pursuant to SDIL-LR 16.2(a) is waived pending ruling on Defendant's Motion to Dismiss Plaintiff's Complaint, or in the Alternative, Motion to Stay Proceedings (Doc. No. 5). (krm) (Entered: 01/31/2005) |
| 02/14/2005 | 11 | RESPONSE to Motion re 5 MOTION to Dismiss *Plaintiff's Complaint, Or In The Alternative, Motion to Stay Proceedings* filed by Hal D Hicks. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4)(Theil, John) (Entered: 02/14/2005) |
| 02/24/2005 | 12 | REPLY to Response to Motion re 5 MOTION to Dismiss *Plaintiff's Complaint, Or In The Alternative, Motion to Stay Proceedings* filed by Midwest Transport, Inc.. (Farrell, Kelley) (Entered: 02/24/2005) |
| 05/16/2005 | 13 | ORDER denying 5 Motion to Dismiss. Midwest Transport's answer to the plaintiff's complaint is due within 10 days of service of this Order. Signed by Judge J. Phil Gilbert on May 16, 2005. (vlm) (Entered: |

| | | |
|---|---|---|
| | | 05/16/2005) |
| 05/25/2005 | 14 | ANSWER to Complaint by Midwest Transport, Inc..(Farrell, Kelley) (Entered: 05/25/2005) |
| 11/11/2005 | 15 | REQUEST for Admissions *directed to Defendant Midwest Transport, Inc., d/b/a Midwest Transport of Illinois* by Hal D Hicks.(Theil, John) (Entered: 11/11/2005) |
| 12/06/2005 | 16 | NOTICE of Hearing: Status and Scheduling Conference set for 12/12/2005 09:45 AM via telephone conference call before Judge Philip M. Frazier. Counsel for plaintiff to initiate the conference call. The number for the Court is 618-439-7750. Lead counsel must participate in the conference. (Text entry only. No document will follow.) (krm) (Entered: 12/06/2005) |
| 12/06/2005 | 17 | MINUTE ORDER (kjr); striking 12/8/05 final pre-trial setting and 12/19/05 jury trial setting. (dka, ) (Entered: 12/06/2005) |
| 12/12/2005 | 18 | Minute Entry for proceedings held before Judge Philip M. Frazier: Status and Scheduling Conference held on 12/12/2005. Trial to be reset during month of April, 2007. Counsel to jointly submit proposed scheduling order. A Settlement Conference is waived at this time.(Court Reporter N/A.) (krm) (Entered: 12/12/2005) |
| 12/12/2005 | 19 | ORDER REGARDING DISCOVERY. Signed by Judge Philip M. Frazier on 12/12/2005. (krm) (Entered: 12/12/2005) |
| 12/14/2005 | 20 | RESPONSE/ANSWER TO REQUEST FOR ADMISSIONS re 15 by Midwest Transport, Inc.. (Farrell, Kelley) (Entered: 12/14/2005) |
| 03/30/2006 | 21 | NOTICE of Change of Address by John F. Theil (Theil, John) (Entered: 03/30/2006) |
| 07/18/2006 | 22 | MOTION for Extension of Time *to Respond to Plaintiff's Second Request for Production of Documents* by Midwest Transport, Inc.. (Farrell, Kelley) (Entered: 07/18/2006) |
| 08/09/2006 | 23 | Notice of Hearing: Status Conference and Hearing on Motion 22 for Extension of Time to Respond to Plaintiff's Second Request for Production of Documents is set for 8/25/2006 09:30 AM via telephone before Judge Philip M. Frazier. Counsel for plaintiff is responsible for initiating the conference call between the Court (618-439-7750) and counsel. Lead counsel must participate in the call. (krm) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/09/2006) |
| 08/14/2006 | 24 | MINUTE ORDER & NOTICE: Upon oral motion of plaintiff, the Telephone Status Conference and Hearing on Motion for Extension of Time to Respond to Plaintiff's Second Request for Production of Documents set for 8/25/06 @ 9:30 a.m. before Judge Frazier is STRICKEN and RESCHEDULED VIA TELEPHONE for 9/6/2006 at 10:30 AM before Mag Judge Philip M. Frazier. Counsel for plaintiff is responsible for placing the conference call between the parties and the |

| | | |
|---|---|---|
| | | Court. Telephone number for chambers is: 618/439-7750. Entered by Judge Philip M. Frazier on 8/14/06. (mta) (Entered: 08/14/2006) |
| 08/29/2006 | 25 | MINUTE ORDER & NOTICE: Upon oral motion of plaintiff, the Telephone Status Conference and Hearing on Motion for Extension of Time to Respond to Plaintiff's Second Request for Production of Documents set for 9/6/2006 10:30 AM is STRICKEN and RESCHEDULED VIA TELEPHONE for 10/6/2006 09:15 AM before Judge Frazier. Counsel for plaintiff is responsible for placing the conference call. Telephone number for chambers is 618-439-7750. (krm) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/29/2006) |
| 09/13/2006 | 26 | ORDER REASSIGNING CASE. Case reassigned to Judge Michael J. Reagan for all further proceedings. Judge J. Phil Gilbert no longer assigned to case. Signed by Judge J. Phil Gilbert on 09/13/06. (djs) (Entered: 09/13/2006) |
| 09/18/2006 | 27 | ORDER REASSIGNING CASE. Case reassigned to Chief Judge G. Patrick Murphy for all further proceedings. Judge Michael J. Reagan no longer assigned to case. Signed by Judge Michael J. Reagan on 9/18/06. (acm) (Entered: 09/18/2006) |
| 09/21/2006 | 28 | ORDER: Amended Pleadings due by 9/29/2006. Jury Trial set for presumptive month of 4/2007 before Chief Judge G. Patrick Murphy. Joint proposed scheduling order due by 9/28/2006. Signed by Judge G. Patrick Murphy on 9/21/06. (lmc) (Entered: 09/21/2006) |
| 09/25/2006 | 29 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney John E. Hilton for Midwest Transport, Inc. $100.00 fee paid, receipt number 400 59245. (Attachments: # 1 Order) (bkl) (Entered: 09/25/2006) |
| 10/02/2006 | 30 | MOTION for Leave to File *First Amended Complaint Instanter* by Hal D Hicks. (Theil, John) (Entered: 10/02/2006) |
| 10/02/2006 | 31 | AMENDED COMPLAINT against Midwest Transport, Inc., filed by Hal D Hicks.(Theil, John) (Entered: 10/02/2006) |
| 10/04/2006 | 32 | ORDER granting 30 Motion for Leave to File First Amended Complaint instanter. The Court accepts the first amended complaint 31 as filed. Signed by Judge G. Patrick Murphy on 10/04/2006. (njr)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/04/2006) |
| 10/06/2006 | 33 | ORDER: Prior to the conference set this date, the Court is informed that plaintiff's counsel will be unable to participate due to a family emergency. The Telephone Status Conference is continued to 10/12/2006 11:15 AM before Judge Frazier. Counsel for plaintiff to place the conference call between the Court (618-439-7750) and counsel. Signed by Judge Philip M. Frazier on 10/6/2006. (krm) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/06/2006) |

| | | |
|---|---|---|
| 10/09/2006 | 34 | *Defendant's* ANSWER to Complaint *(first amended)* by Midwest Transport, Inc..(Hilton, John) (Entered: 10/09/2006) |
| 10/12/2006 | 35 | Minute Entry for proceedings held before Judge Philip M. Frazier: Status Conference held on 10/12/2006. The Court is advised that the USPS may be brought into the suit. Also, that plaintiff will be incarcerated for the next few months. Counsel instructed to contact Linda Cook in Chief Judge Murphy's chambers regarding any request for extension of the trial month. Counsel shall then contact Karen Metheney (618-439-7754) to reset the status conference before Judge Frazier. (Court Reporter N/A.) (krm)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/13/2006) |


**PACER Service Center**

**Transaction Receipt**

11/08/2006 10:27:25

| | | | |
|---|---|---|---|
| **PACER Login:** | wg0007 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:04-cv-04263-GPM-PMF |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |