**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HAL D. HICKS, f/d/b/a<br>HAL D. HICKS<br>MAIL TRANSPORTATION**<br><br>**Plaintiff**<br><br>**V.**<br><br>**UNITED STATES**<br><br>**Defendant** | **Fed. Cl. No. 05-1058**<br><br>**(Judge Allegra)** |

**INTERVENOR MIDWEST TRANSPORT INC.'S ANSWER**

COMES NOW Intervenor, Midwest Transport, Inc. and for its Answer to Plaintiff's Complaint, states as follows:

**JURISDICTION**

Plaintiff's statements as to jurisdiction are conclusions of law to which no answer is necessary.

**BACKGROUND FACTS**

1. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence and denies the same. Intervenor denies the allegations in the second sentence that Mr. Hicks contracted with the USPS through d/b/a Hal D. Hicks Mail Transportation.

2. Denies.

3. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations contained the first sentence and denies the same. Intervenor admits the second sentence that the gross revenue on highway mail contract 14024 is in excess of $2,000,000. Intervenor admits that the USPS issued a Contract Service Order, but it makes no answer to the remainder of that sentence since the allegations constitute legal conclusions.

4. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations and denies the same.

5. Intervenor denies that Mr. Hick's authorization of the novation of the USPS highway contract 14024 was necessary.

6. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations and denies the same.

7. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations and denies the same.

**COUNT I - BREACH OF CONTRACT**

8. With respect to the allegations contained in paragraphs 1 through 7, Intervenor reasserts and incorporates herein by reference its answers to paragraphs 1 through 7 of the Complaint.

9. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations and denies the same.

10. Denies.

11. Denies.

12. Denies.

13. Intervenor is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence and denies the same.

14. Denies.

Intervenor denies that Plaintiff is entitled to any of the relief that it seeks in the Complaint.

Respectfully Submitted,

s/David P. Hendel by s/J. Michael Littlejohn
David P. Hendel
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Phone: (703)790-8750
Fax: (703)448-1801

*Of Counsel:*
J. Michael Littlejohn
Akerman Senterfitt Wickwire Gavin
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Phone: (703)790-8750
Fax: (703)448-1801

John E. Hilton
Carmody, MacDonald, P.C.
120 S. Central Ave, Suite 1800
St. Louis, MO 63105
Phone: (314) 854-8600
Fax: (314)-854-8660