# In The United States Court of Federal Claims

No. 05-1058C

(Filed: December 8, 2006)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 5, 2006, Midwest Transport, Inc. filed an unopposed motion to intervene. On or before January 8, 2007, plaintiffs and defendant shall each file a written response to the motion to intervene, specifically commenting on the reasons given by the putative defendant-intervenor for granting its motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge