**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a/ HAL D. HICKS MAIL TRANSPORTATION,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1058C<br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated December 8, 2006, the parties respectfully submit the following joint status report.

Fact discovery in this matter closed on December 22, 2006. However, plaintiff will shortly be seeking an enlargement of time, until 60 days after the Court decides the pending motion to intervene, to conduct further fact discovery on the party seeking intervention. The proposed discovery will either be by third party subpoena or requests for production, depending on the Court's ruling on the Motion to Intervene.

It is the Government's position that the next procedural step in this case should the filing of dispositive motions. However, the Government does not object to the enlargement of time proposed by plaintiff.

The parties propose to set forth a proposed summary judgment briefing schedule in a status report to be filed either after the close of fact discovery or, in the event that the Court denies

plaintiff's request for an enlargement of the discovery deadline, after the Court has decided the motion to intervene.

Respectfully submitted,

THEIL LAW FIRM, L.L.C.

By: /s/John F. Theil
John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

and

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Brian M. Simkin by***
***Steven J. Gillingham***

BRIAN M. SIMKIN
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 5, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 5th day of January 2007, a copy of the foregoing **JOINT STATUS REPORT** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/John F. Theil__________________