IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF HAL D. HICKS' MOTION FOR ENLARGEMENT OF TIME**

COMES NOW Plaintiff, Hal D. Hicks, by and through his undersigned attorney, pursuant to RCFC Rule 6, Local Rule 3(a) and for his Motion for Enlargement of Time, states as follows:

1. Fact discovery in this case was scheduled to be closed on December 22, 2006. However, Mr. Hicks had previously advised this Court that he needed additional time to conduct discovery through third party subpoenas. This extension of time was not contested by the Government.

2. Further, the Government does not object to this Motion.

3. Prior to the discovery cutoff, Midwest Transport's counsel advised Hicks' counsel that they intended to seek intervention into this case, which would change the manner in which Hicks submitted discovery.

4. Until this Court rules on the pending Motion for Intervention, Hicks does not want to submit discovery with a third party subpoena on a potential party to this case where a request for production would be a proper avenue for discovery.

5. For these reasons, Hicks respectfully requests that, pursuant to RCFC Rule 6 and Local Rule 3(a), that this Court grant him a sixty (60) day enlargement of time to conduct discovery and/or submit third party subpoenas.

6. This motion is not being filed in an attempt to delay the matter, but, rather is filed in an attempt to give Hicks an opportunity to conduct proper discovery via third party subpoena and/or requests for production if the intervention is allowed.

7. This is the first request for an enlargement of time requested by Hicks and the Government will not be prejudiced by a short enlargement of time.

8. Pursuant to Local Rule 3(a)(i), Hicks has been notified of the filing of this Motion.

WHEREFORE, plaintiff Hal D. Hicks, respectfully requests that this Court grant his Motion for Enlargement of Time allowing him an additional sixty (60) days to conduct discovery, whether it be by third party subpoena or requests for production on the intervener, and for such other and further relief as this Court deems just and proper.

THEIL LAW FIRM, L.L.C

By:__/s/John F. Theil_______________
John F. Theil #109820
120 S. Central Ave., Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (fax)
Attorney for Plaintiff

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed, this 8th day of January, 2007, and served on the following counsel of record via electronic filing:

Richard P. Schroeder
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW, 8th Floor
Washington, DC 20530
202-353-7961
202-353-7988 fax
richard.schroeder@usdoj.gov
Attorneys for Defendant

David P. Hendel
J. Michael Littlejohn
Akerman, Senterfitt, Wickwire, Gavin
8100 Boone Blvd., Suite 700
Vienna, VA 22182

and

John E. Hilton
Carmody MacDonald, P.C.
120 S. Central Ave., Suite 1800
St. Louis, MO 63105
*Attorneys for Intervenors*

/s/John F. Theil