# In The United States Court of Federal Claims

No. 05-1058C

(Filed: January 25, 2007)

---

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 5, 2006, Midwest Transportation, Inc. (Midwest) filed a motion to intervene in this case. The court believes that Midwest claims an interest which is subject to this action; that Midwest is so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and that Midwest's interest is not adequately represented by the existing parties. Accordingly, Midwest's motion to intervene is hereby **GRANTED**. The court adopts the following schedule for the completion of discovery:

1. On or before March 26, 2007, all discovery in this case shall be completed.

2. On or before April 9, 2007, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge