**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a/ HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| Plaintiff, | ) | No. 05-1058C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated January 25, 2007, granting the motion of Midwest Transport, Inc. ("Midwest Transport"), to intervene in this action, the parties respectfully submit the following joint status report.

Plaintiff, Hal Hicks, served written discovery requests upon Midwest Transport, which, in turn, provided responses and objections to Mr. Hick's discovery.

In addition, plaintiff states that it unsuccessfully attempted to serve a third-party document subpoena upon Midwest Transit, Inc. (not to be confused with intervenor, Midwest Transport, Inc.). Midwest Transit, Inc. currently is in receivership. Plaintiff states that the documents pertain to the contract at issue in this litigation. Although discovery closed on March 26, 2007, plaintiff states that it is necessary to obtain the documents from Midwest Transit, Inc. in order to adequately prosecute its claims in this case. Plaintiff states

that it has been advised that the receiver is on a two or three month vacation in Arizona. Plaintiff states that it intends to file a motion for leave from this Court for additional time for the receiver to return to Illinois so that plaintiff can review and copy the necessary documents.

Plaintiff states that it will file its motion for an enlargement of time by April 17, 2007.

The Government and intervenor, Midwest Transport, believe that this case currently is ripe for dispositive motions and propose the following briefing schedule in the event that plaintiff's motion for an enlargement of time is denied:

> Defendant to file its dispositive motion on or before May 31, 2007.
>
> Plaintiff to file its response and any cross-motion on or before July 11, 2007.
>
> Defendant to file its reply and response to any cross-motion on or before August 10, 2007.
>
> Plaintiff to file any reply on or before August 31, 2007.
>
> Intervenor may, if it so chooses, file its own dispositive motion or other submissions the same dates that the Government files its submissions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Brian M. Simkin***
BRIAN M. SIMKIN
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 9, 2007

Respectfully submitted,

JOHN F. THEIL
Theil Law Firm, LLC
120 South Central Avenue
Suite 1550
St. Louis, MO 63105
Tel: (314) 725-1725

Attorney for Plaintiff

Dated: April 9, 2007

J. Michael Littlejohn
Akerman Senterfitt
Wickwire Gavin
1810 Boone Blvd., Suite 700
Vienna, Virginia 22182
Tel: (703) 790-8750
Fax: (703) 448-1801

Attorney for Intervenor

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 9th day of April 2007, a copy of the foregoing A**JOINT STATUS REPORT@** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court=s electronic filing system. Parties may access this filing through the Court=s system.

s/______________________________