# In The United States Court of Federal Claims

No. 05-1058C

(Filed: April 20, 2007)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 9, 2007, the parties filed a post-discovery joint status report. Plaintiff indicated therein that it would need additional time to complete third-party discovery, and defendant set forth a proposed schedule for the briefing of dispositive motions. On April 11, 2007, plaintiff filed a motion seeking an enlargement of time of sixty days to complete discovery. Plaintiff's motion is hereby **GRANTED, in part, and DENIED, in part**. Accordingly:

1. On or before May 25, 2007, all discovery in this case shall be completed.

2. On or before June 8, 2007, plaintiff shall file a status report responding to defendant's suggestion that this case may be resolved by dispositive motions.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge