IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) |
| PLAINTIFF, | ) |
| v. | ) No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW Plaintiff, by and through his undersigned counsel, and for his Status Report, states as follows:

1. Pursuant to this Court's Order dated April 20, 2007, plaintiff files his Status Report.

2. Plaintiff has coordinated with the third-party Midwest Transit, Inc. to review and copy the necessary documents relative to this case.

3. Therefore, plaintiff submits that a dispositive motion schedule is proper at this time.

5. Plaintiff suggests this Court allow:

   a. Defendant to file its dispositive motion on or before July 26, 2007.

   b. Plaintiff to file its response and any cross-motion on or before September 10, 2007.

   c. Defendant to file its reply and response to any cross-motion on or before September 24, 2007.

   d. Plaintiff to file any reply on or before October 8, 2007.

WHEREFORE, plaintiff, Hal D. Hicks, respectfully requests that this Court grant the above dates and for such other and further relief this Court deems just and proper.

THEIL LAW FIRM, L.L.C.

By: _/s/John F. Theil__________
John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed this 26th day of June 2007, and served on the following counsel of record via electronic filing:

Richard P. Schroeder, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

_/s/John F. Theil____________________