# In The United States Court of Federal Claims

No. 05-1058C

(Filed: June 27, 2007)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 20, 2007, the court ordered plaintiff to file a status report, on or before June 8, 2007, responding to defendant's suggestion to resolve the case by dispositive motions. On June 26, 2007, plaintiff filed a motion for leave to file its status report out of time. Plaintiff's motion does not contain "a certification that . . . in the case of a motion filed by counsel for the plaintiff, the client has been notified that the motion for enlargement is being filed out of time," as required by the court's special procedures order. Special Procedures Order ¶ 3(a)(i) (Nov. 1, 2005). Accordingly, plaintiff's motion is hereby **DENIED**, and the status report filed on June 26, 2007, is hereby stricken. Plaintiff is instructed to refile its motion for leave to file out of time, and its status report, with the requisite certification.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge