IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | No. 05-1058C |
| THE UNITED STATES POSTAL SERVICE, | ) | |
| DEFENDANT. | ) | |

---

**<u>PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER</u>**

COMES NOW Plaintiff, by and through his undersigned counsel, and for his Motion for Leave to File Instanter, states as follows:

1. On April 20, 2007, plaintiff was ordered to file a status report responding to defendant's suggestion that this case may be resolved by dispositive motions.

2. Due to plaintiff's counsel's schedule, plaintiff was unable to coordinate dates with the third-party, Midwest Transit, Inc.'s Receiver, until just recently, and, thus, respectfully requests this Court allow plaintiff's status report to be filed out of time.

3. No party will be prejudiced by the filing of the current status report.

4. Plaintiff has been notified that the status report is being filed out of time.

5. For all these reasons, plaintiff respectfully requests this Court grant his Motion for Leave to File his Status Report Instanter.

WHEREFORE, plaintiff, Hal D. Hicks, respectfully requests that this Court grant his Motion for Leave to File his Status Report Instanter and for such other and further relief this Court deems just and proper.

THEIL LAW FIRM, L.L.C.

By: _/s/John F. Theil__________
John F. Theil, #109820
120 S. Central, Suite 1550
St. Louis, MO 63105
314-725-1725
314-725-5754 (Fax)
johntheil@johntheil.com

*Attorney for Plaintiff*

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was electronically filed this 29th day of June 2007, and served on the following counsel of record via electronic filing:

Richard P. Schroeder, Trial Attorney
Peter D. Keisler, Asst. Attorney General
David M. Cohen, Director
Mark A. Melnick, Asst. Director
U. S. Department of Justice
Civil Division – Commercial Lit. Branch
1100 L. Street, NW
8th Floor
Washington, DC 20530
202-616-8253
202-307-0972 fax
p-wellons@yahoo.com

Attorneys for Defendant

_/s/John F. Theil____________________