IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-1058C
(Judge Allegra)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael D. Austin, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0321
Facsimile: (202) 305-7644
Email: Michael.Austin@usdoj.gov

Attention: Classification Unit
8th Floor,

s/Michael D. Austin
MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: August 31, 2007

CERTIFICATE OF FILING

I hereby certify that on August 31, 2007 a copy of foregoing “NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin