# In The United States Court of Federal Claims

No. 05-1058C

(Filed: September 7, 2007)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

## ORDER

On September 7, 2007, a status conference was held in this case. Participating in the conference were Mr. John Freeman Theil, on behalf of plaintiff, Mr. Richard Paul Schroeder and Mr. Steve Laubaugh, on behalf of defendant, and Mr. David P. Hendel, on behalf of intervenor-defendant. Pursuant to discussions held therein, the court adopts the following schedule:

1. On or before October 26, 2007, defendant shall file its motion for summary judgment.

2. On or before December 5, 2007, plaintiff shall file its response to defendant's motion and cross-motion for summary judgment.

3. On or before January 11, 2008, defendant shall file its reply to plaintiff's response and its response to plaintiff's cross-motion.

4. On or before February 1, 2008, plaintiff shall file its reply to defendant's response.

5. The intervenor-defendant shall file any motions or briefs in support of defendant's case on the same dates as the defendant's filings are due.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge