IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, Plaintiff, | ) | |
| v. | ) | No. 05-1058C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

<u>DEFENDANT'S NOTICE OF NONFILING</u>

On September 7, 2007, based upon a request from the defendant, this Court entered a scheduling order, ordering, in part, the defendant to file a dispositive motion for summary judgement on or before October 26, 2007. Upon further review, we have concluded that based upon the record complied to date, it would not be in the best interests of the Government for defendant to file a summary judgement motion at this time. Accordingly, defendant will not be filing a motion for summary judgement on or before October 26, 2007. It is our understanding, however, that the defendant-intervenor, will nevertheless file a motion for summary judgement on or before October 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

/S/ MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Attorneys for Defendant

October 23, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF NONFILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin