**6.2 Deliveries of Seller at Closing.**

Seller shall deliver the following to Buyer on the Closing Date:

(a) the Bill of Sale and other appropriate documents conveying to Buyer good and marketable title to the Assets;

(b) all assignments, titles, conveyance documents and all other documents and instruments contemplated herein and which are useful or necessary to consummate the transactions contemplated herein;

(c) a certificate of good standing of Seller, dated within 30 days of the Closing Date, from the Illinois Secretary of State.

**6.3 Deliveries of Buyer at Closing.**

Buyer shall deliver the following to Seller on the Closing Date:

(a) all documents and instruments contemplated herein;

(b) a certificate of good standing of Midwest Transport, dated within 90 days of the Closing Date, from the Delaware Secretary of State;

(c) a copy, certified by the Secretary of Midwest Transport to be true, complete and correct as of the Closing Date, of the certificate of incorporation and bylaws of Midwest Transport and all resolutions, authorizations, consents, approvals and/or ratifications of Midwest Transport required for the authorization of Midwest Transport to enter into this Agreement and consummate the transactions contemplated by this Agreement. Such certificate shall be deemed a representation and warranty of Midwest Transport under this Agreement;

(d) a certificate of good standing of Midwest Transportation Services, dated within 90 days of the Closing Date, from the Delaware Secretary of State;

(e) a copy, certified by the Secretary of Midwest Transportation Services to be true, complete and correct as of the Closing Date, of the certificate of incorporation and bylaws of Midwest Transportation Services and all resolutions, authorizations, consents, approvals and/or ratifications of Midwest Transportation Services required for the authorization of Midwest Transportation Services to enter into this Agreement and consummate the transactions contemplated by this Agreement. Such certificate shall be deemed a representation and warranty of Midwest Transportation Services under this Agreement; and

(f) the Cash Purchase Price.

## ARTICLE VII
## COVENANT NOT TO COMPETE

7.1 <u>Noncompetition and Payment Provisions for 95 USPS Contracts</u>. During and throughout the Restrictive Period, Seller will not, directly or indirectly: (i) compete with, solicit, or accept any of the currently existing ninety-five (95) United States Postal Service mail contracts described on <u>Exhibit E</u> attached hereto, and all renewals of such contracts and all further contracts relating to the routes evidenced by such contracts, and the routes served by such contracts (collectively, the "USPS Contracts"), or (ii) own, manage, operate, control, be employed by, consult with, participate in, or be connected in any manner with the ownership, management, operation or control of any person, business, enterprise or entity which competes with, solicits, or accepts any of the USPS Contracts.

7.2 <u>Nonsolicitation and Nonacceptance</u>. Seller agrees that during the Restrictive Period, Seller will not, either directly or indirectly, individually, or by action through another: (i) contact, assist in contacting, solicit or knowingly accept (if contacted), any of the past or present customers or accounts (or any of their respective agents or employees) of Company or any Company Affiliate for purposes of doing business with such customers or accounts (or any of their respective agents or employees) or (ii) employ, establish any independent contractor relationship with, or establish any agency relationship with or otherwise compensate in any manner whatsoever any of the then current employees of Company or any Company Affiliate. If, during the Restrictive Period, Seller is contacted by any of the past or present customers or accounts (or any of their respective agents or employees) of Company or any Company Affiliate for purposes of doing business with such customers or accounts (or any of their respective agents or employees), Seller will inform such persons or entities that Seller can no longer provide advice, assistance, or services with respect to the Company's line of business and will politely refer such customers to Company or Company Affiliates, as appropriate. If, during the Restrictive Period, Seller is contacted by any then current employee of Company or any Company Affiliate, then he will inform such persons that he cannot employ them during the Restrictive Period.

7.3 <u>Nondisclosure</u>.

(a) Seller recognizes, acknowledges and agrees that by reason of the sale of the Assets from Seller to Buyer as described herein, Seller will possess certain confidential, proprietary and trade secret information, materials and business concepts with respect to the structure, creation, operation, management and control of the Company's and the Company Affiliates' businesses, including, but not limited to the Company's and the Company Affiliates' partners, members, creditors, customers, processes, methods of operating a trucking company, sales techniques and companies they invest in, accounting and data methods, operating procedures, pricing policies, strategic plans, and contracts (collectively, the "Proprietary Information").

App. 0070

(b) Seller agrees: (i) never to publish, copy, disclose, allow to be disclosed, or use for his own benefit or for the benefit of any other person, firm, corporation or entity, the Proprietary Information without the prior written consent of Company, which can be withheld in the Company's sole discretion, (ii) to maintain strictly the confidentiality of the Proprietary Information at all times, and (iii) to, upon the execution of this Agreement, and at any time thereafter, immediately, upon request therefore, return to Company and the Company Affiliates all Proprietary Information in written form or document form, in the form of computer disks or any other form whatsoever. Seller agrees to take all necessary precautions to protect the Proprietary Information from unauthorized disclosure or use.

7.4 Remedies.

(a) Seller acknowledges and agrees that the rights of Company and Company Affiliates under this Agreement are of a specialized and unique character and that immediate and irreparable damage will result to Company and Company Affiliates and their businesses if Seller fails or refuses to perform his obligations under this Agreement, and notwithstanding any election by Company or Company Affiliates to claim damages from Seller as a result of any such failure or refusal, Company or any Company Affiliate(s) may, in addition to any other remedies and damages available, seek an injunction in a court of competent jurisdiction, without the posting of a bond or other security, to restrain any such failure or refusal.

(b) The rights and remedies provided by this Agreement are cumulative and the use of any one right or remedy by any party shall not preclude or waive the right to use any or all other remedies. Said rights and remedies are given in addition to any other rights the parties may have under this Agreement or by law, statute, ordinance, equity or otherwise.

7.5 Acknowledgement. Seller acknowledges and recognizes that:

(a) the terms and conditions of the restrictive covenants not to compete granted herein are reasonable as to scope of restricted activities, geographic scope and duration;

(b) the consideration paid by the Company to Seller above constitutes good, valuable and adequate consideration for the Company's continuing covenant not to compete herein, and for the various other covenants contained herein;

(c) the restrictive covenants granted herein are covenants which are ancillary to the sale of a business and not part of an employer/employee relationship;

(d) the restrictive covenants granted herein are made to protect the legitimate business interests of the Company and are not intended to restrict competition *per se*;

(e) Seller has no intention of violating this Agreement during the time periods set forth above;

(f) the breach of this Agreement will be such that Company and Company Affiliates will not have an adequate remedy at law because of the confusion to customers and the public that a breach would create and Seller acknowledges that Company and Company Affiliates may, in addition to all other remedies afforded to Company hereunder, enforce the Agreement by injunctive or other equitable means in a court of competent jurisdiction without the posting of a bond or other security;

(g) certain knowledge and information which Seller has acquired or may acquire relating to Company's and the Company's Affiliates' businesses and the creation, management, and operation of a trucking company is valuable knowledge and information that is owned by Company and the Company Affiliates and gives Company and the Company Affiliates a competitive advantage over other businesses in the industry;

(h) in the event a court of competent jurisdiction shall determine by final judgment that any of the scope of restricted activities, the geographic scope or duration set forth herein is too broad to be capable of enforcement, such court is authorized to modify the covenants contained herein, and the terms of this Agreement, and enforce such provisions to the maximum extent as the court deems reasonable and equitable.

## ARTICLE VIII.
## INDEMNIFICATION

**8.1 Indemnification of Buyer by Seller.** Subject to the limitations set forth herein, Seller shall indemnify and hold harmless Buyer and Seller hereby waives any claim for contribution or indemnity against the Indemnified Parties, or any of them, from any and all lawsuits, claims, losses, or damages arising out of or in connection with their employment by Seller or Seller's receivership.

## ARTICLE IX
## MISCELLANEOUS

**9.1 Assignment; Binding Agreement.** Neither this Agreement nor any of rights or obligations hereunder may be assigned by any Party without the other Parties' prior written consent. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and to their respective successors and permitted assigns.

**9.2 Remedies.** Nothing contained herein is intended to or shall be construed to limit the remedies which either party may have against the other in the event of a breach of or default under this Agreement, it being intended that any remedies shall be cumulative and not exclusive.

**9.3 Entire Agreement and Modification.** This Agreement, including the Exhibits attached hereto and the documents delivered pursuant hereto, constitutes the entire agreement between the parties. No changes of, modifications of, or additions to this Agreement shall be valid unless the same shall be in writing and signed by all parties hereto.

**9.4 Severability.** If any provision of this Agreement shall be determined to be contrary to law and unenforceable by any court of law, the remaining provisions shall be severable and enforceable in accordance with their terms.

**9.5 Counterparts.** This Agreement may be executed in one or more identical counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument.

**9.6 Headings; Interpretation.** The table of contents and article and section headings contained in this Agreement are inserted for convenience only and shall not affect in any way the meaning or interpretation of the Agreement. All Parties have participated substantially in the negotiation and drafting of this Agreement and each Party hereby disclaims any defense or assertion in any litigation or arbitration that any ambiguity herein should be construed against the draftsman.

**9.7 Governing Law.** This Agreement shall be construed and interpreted according to the internal Laws of the State of Illinois without reference to choice of law principles.

**9.8 Further Assurances.** From and after the Closing, the Parties shall do such acts and execute such documents and instruments as may be reasonably required to make effective the transactions contemplated hereby.

**9.9 Notices.** All notices, requests, demands and other communications hereunder shall be deemed to have been duly given if the same shall be in writing and shall be delivered or sent by registered or certified mail, postage prepaid, and addressed as set forth below:

If to Buyer:

Midwest Transport
P.O. Box 84
Robinson, IL 62454
Attn: Ken Hohlbaugh

with a copy to:

Carmody MacDonald P.C.
7733 Forsyth Blvd., Suite #1600
St. Louis, MO 63105
Attn: Ronald E. Rucker, Esq.
314-726-5550
314-726-3217 (fax)

If to Seller:

Midwest Transit, Inc.
P.O. Box 98
Alternate 250 East
Sumner, IL 62466
Attn: Donald Hoagland

with a copy to:

Terry Sharp, Esq.
P.O. Box 906
Mr. Vernon, IL 62864

with a copy to:

Donald Hoagland
P.O. Box 551
Robinson, IL 62454

All notices shall be deemed to have been duly given if the same shall be in writing and shall be delivered, sent by registered or certified mail, postage prepaid, and addressed as set forth above or sent by telecopier to the telecopier numbers set forth above. Any such notice shall be effective upon receipt. Either Party may change the address to which notices are to be addressed by giving the other Party notice in the manner herein set forth.

**9.10 No third-party beneficiaries.** No Person, other than the Parties, shall be entitled to any of the benefits, privileges or rights arising as a result of this Agreement.

**9.11 Payment of Fees and Expenses.** Excepted as provided herein, each Party hereto shall pay all fees and expenses of such Party's respective counsel, accountants and other experts and all other expenses incurred by such party incident to the negotiation, preparation and execution of this Agreement and the consummation of the transaction contemplated hereby. In the event any action or proceeding is commenced by any party for the purposes of enforcing any provision of this Agreement, the parties to such action or proceeding shall be entitled to recover, as part of any reward, judgment, decision or other resolution of such action or proceeding in their favor, their related reasonable attorney's fees and expenses.

**9.12 Payment of Buyer's Attorney's Fees and Costs.** Notwithstanding the provisions of Section 9.11 above, the Seller shall pay (i) the first $25,000 of Buyer's attorney's, counsel's, accountant's and other advisor's fees and expenses incurred in connection with the transactions contemplated in this Agreement, and (ii) if the transactions contemplated in this Agreement or any matter relating to or arising in connection with the transactions contemplated in this Agreement are appealed, then the next $25,000 of Buyer's attorney's, counsel's,

accountant's and other advisor's fees and expenses incurred in connection with the transactions contemplated in this Agreement. Seller shall pay such fees even if the transactions contemplated in this Agreement fail to close for any reason. Buyer will be responsible for any of Buyer's attorney's, counsel's, accountant's and other advisor's fees and expenses in excess of $50,000.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement, on the day and year first above written.

**[BALANCE OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**COUNTERPART SIGNATURE PAGE**
**TO DEFINITIVE ASSET PURCHASE AGREEMENT**
**BY AND BETWEEN MIDWEST TRANSPORT, INC.,**
**MIDWEST TRANSPORTATION SERVICES, INC. AND**
**MIDWEST TRANSIT, INC.**
**DATED AS OF FEBRUARY 7, 2003**

**"Seller"**

**Midwest Transit, Inc., an Illinois corporation in receivership**

**By:** ______________________, Receiver

App. 0076

**COUNTERPART SIGNATURE PAGE
TO DEFINITIVE ASSET PURCHASE AGREEMENT
BY AND BETWEEN MIDWEST TRANSPORT, INC.,
MIDWEST TRANSPORTATION SERVICES, INC. AND
MIDWEST TRANSIT, INC.
DATED AS OF FEBRUARY 7, 2003**

**"Buyer"**

**Midwest Transport, Inc., a Delaware corporation**

**By:** [signature]

**COUNTERPART SIGNATURE PAGE
TO DEFINITIVE ASSET PURCHASE AGREEMENT
BY AND BETWEEN MIDWEST TRANSPORT, INC.,
MIDWEST TRANSPORTATION SERVICES, INC. AND
MIDWEST TRANSIT, INC.
DATED AS OF FEBRUARY 7, 2003**

**"Buyer"**

**Midwest Transportation Services, Inc.,
a Delaware corporation**

**By:** Kenneth D Willing [signature]

**COUNTERPART SIGNATURE PAGE**
**TO DEFINITIVE ASSET PURCHASE AGREEMENT**
**BY AND BETWEEN MIDWEST TRANSPORT, INC.,**
**MIDWEST TRANSPORTATION SERVICES, INC. AND**
**MIDWEST TRANSIT, INC.**
**DATED AS OF FEBRUARY 7, 2003**

The undersigned hereby consent to the provisions of this Agreement and all transactions contemplated herein:

______________________________

C. Michael Witters

______________________________

Diane Witters

**COUNTERPART SIGNATURE PAGE
TO DEFINITIVE ASSET PURCHASE AGREEMENT
BY AND BETWEEN MIDWEST TRANSPORT, INC.,
MIDWEST TRANSPORTATION SERVICES, INC. AND
MIDWEST TRANSIT, INC.
DATED AS OF FEBRUARY 7, 2003**

The undersigned hereby consent to the provisions of this Agreement and all transactions contemplated herein:

____________________________
Hal D. Hicks

# EXHIBIT A
# SCHEDULE OF INCLUDED ASSETS

| Property Description | Date In Service |
|---|---|
| ALL GENERATORS | VARIOUS |
| ALL COMPUTERS AND PRINTERS | VARIOUS |
| ALL SOFTWARE | VARIOUS |
| ALL COPY MACHINES AND FAX MACHINES | VARIOUS |
| ALL PARTS INVENTORY INCLUDING TIRES | VARIOUS |
| ALL TOOLS | VARIOUS |
| ALL PHONE SYSTEMS AND VOICE MAIL SYSTEMS | VARIOUS |
| Building | 12/19/1988 |
| Building | 12/29/1988 |
| Effingham | 10/29/1989 |
| Carpet | 3/12/1992 |
| Retaining | 6/20/1994 |
| Carpet | 1/20/1993 |
| 50' x 70' | 8/30/1993 |
| 18'6 X56" | 5/10/1996 |
| EFFINGHAM REMODEL | 7/1/2002 |
| MEN'S LOCKER ROOM-MD | 11/22/2002 |
| EFFINGHAM LAND | 10/19/1989 |
| Land Improvement | 6/19/1996 |
| 1/2 Acre Land | 12/17/1998 |
| Air Conditioning | 6/14/1994 |
| Desk, Chair | 6/7/1993 |
| Ricoh 4527 | 11/27/1995 |
| Ricoh 4527 | 11/27/1995 |
| Office Furniture | 12/13/1996 |
| Xerox Copier | 10/4/1999 |
| Xerox Copier | 10/4/1999 |
| Xerox Copier | 10/8/1999 |
| XEROX 5830T COPIER | 3/31/2002 |
| COMPAQ D300S P4 1.6 GHZ | 3/27/2002 |
| COMPAQ D300S P4 1.6 GHZ | 3/27/2002 |
| COMPAQ D300S P4 1.6 GHZ | 3/27/2002 |
| COMPAQ D300S P4 1.6 GHZ | 3/27/2002 |
| COMPAQ D300S P4 1.6 GHZ | 3/27/2002 |
| COMPAQ D300S P4 1.5 GHZ | 1/17/2002 |
| COMPAQ EVO 1.06 GHZ | 1/30/2002 |
| COMPAQ EVO 1.06 GHZ | 1/30/2002 |
| COMPAQ EVO 1.06 GHZ | 1/30/2002 |
| COMPAQ ML330 FILE SERVER | 1/31/2002 |
| COMPAQ D300S P4 1.5 GHZ | 2/7/2002 |
| COMPAQ D300S P4 1.5 GHZ | 2/7/2002 |
| 17 COLORSVGAMONITORS-10" | 3/21/2002 |

| | |
|---|---|
| DC412 COPIER - TERRE HAUTE | 6/5/2002 |
| DC412 COPIER LANDOVER | 6/5/2002 |
| IBM 235 MCLEOD SERVER | 8/31/2002 |
| COMPAQ D300S P4 1.6 GHZ | 8/1/2002 |
| 2 COMPAQ D300S P4 1.6 GHZ | 6/6/2002 |
| 1978 Budd | 6/8/1980 |
| 1978 Budd | 6/8/1980 |
| 1978 Budd | 6/8/1980 |
| 1978 Great | 12/19/1983 |
| 1978 Great | 12/19/1983 |
| 1978 Great | 12/19/1983 |
| 1978 Great | 12/19/1983 |
| 1980 Stric | 5/5/1989 |
| 1980 Stric | 5/5/1989 |
| 1978 Great | 4/29/1988 |
| Trailer | 4/29/1988 |
| 1980 Great | 7/23/1990 |
| 1979 Great | 7/23/1990 |
| 1978 Great | 8/8/1990 |
| 1980 Great | 8/8/1990 |
| 1980 Great | 8/8/1990 |
| 1980 Great | 10/15/1990 |
| 1980 Great | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |
| 1980 Stric | 10/15/1990 |

| | |
|---|---|
| Camper Top | 7/23/1992 |
| Fifth Wheel | 8/22/1994 |
| Toyota 500 | 10/21/1994 |
| Lincoln Mi | 9/6/1994 |
| Clayton Br | 12/1/1994 |
| Clayton Br | 12/1/1994 |
| Clayton Br | 12/1/1994 |
| Clayton Br | 12/1/1994 |
| 20 Ton Air | 12/1/1994 |
| 1980 Mack | 7/30/1980 |
| 1984 Mercedes | 3/14/1984 |
| 1984 Mercedes | 3/14/1984 |
| 1984 Mercedes | 3/14/1984 |
| 1984 Mercedes | 3/14/1984 |
| 1984 Mercedes | 3/14/1984 |
| 1984 Freightliner. | 5/1/1984 |
| 1985 Mercedes | 9/30/1985 |
| 1985 Mercedes | 9/30/1985 |
| 1985 Mercedes | 9/30/1985 |
| 1985 Mercedes | 9/30/1985 |
| 1985 Mercedes | 9/30/1985 |
| 1988 Mercedes | 9/10/1987 |
| 1988 Mercedes | 9/10/1987 |
| 1988 Mercedes | 9/10/1987 |
| 1988 Mercedes | 9/10/1987 |
| 1988 Mercedes | 9/10/1987 |
| 1987 Freightliner | 4/23/1987 |
| 1987 Mercedes | 4/15/1987 |
| 1987 Mercedes | 4/15/1987 |
| 1987 Mercedes | 4/15/1987 |
| 1987 Mercedes | 5/31/1987 |
| 1987 Mercedes | 5/31/1987 |
| 1987 Mercedes | 5/31/1987 |
| 1987 Mercedes | 5/31/1987 |
| 1987 Mercedes | 5/31/1987 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 9/20/1988 |
| 1989 Freightliner | 10/13/1988 |
| 1989 Freightliner | 10/13/1988 |

| | |
|---|---|
| 1986 Freightliner | 10/13/1988 |
| 1986 Freightliner | 10/13/1988 |
| John Lindl | 8/18/1989 |
| 1990 Freightliner | 11/16/1989 |
| 1990 Freightliner | 11/16/1989 |
| 1986 Freightliner | 1/23/1990 |
| 1986 Freightliner | 1/23/1990 |
| 1986 Freightliner | 1/23/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner. | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1991 Freightliner | 11/13/1990 |
| 1988 Ford | 1/29/1993 |
| 1988 Ford | 1/29/1993 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1994 Freightliner | 5/20/1994 |
| 1990 Ford | 2/23/1995 |
| 1995 Freightliner | 5/17/1995 |

| | |
|---|---|
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |

| | |
|---|---|
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1995 Freightliner | 5/17/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |

| | |
|---|---|
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1996 Freightliner | 9/28/1995 |
| 1988 Great | 9/5/1995 |
| 1988 Great | 9/5/1995 |
| 1988 Great | 9/5/1995 |
| 1988 Great | 9/5/1995 |
| 1988 Great | 9/5/1995 |
| 1982 Great | 9/5/1995 |
| 1982 Great | 9/5/1995 |
| 1982 Great | 9/5/1995 |
| 1982 Great | 9/5/1995 |
| 1982 Great | 9/5/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1985 Great | 9/14/1995 |
| 1980 Monon | 9/27/1995 |
| 1980 Monon | 9/27/1995 |
| 1980 Monon | 9/27/1995 |
| 1980 Monon | 9/27/1995 |
| 1980 Monon | 9/27/1995 |
| 1982 Monon | 9/27/1995 |
| 1982 Monon | 9/27/1995 |
| 1980 Monon | 9/27/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |

| | |
|---|---|
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1985 Great | 10/2/1995 |
| 1977 Budd | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1977 Great | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Monon | 12/15/1995 |
| 1979 Great | 12/15/1995 |
| New Body S | 1/1/1996 |
| 1989 Freight | 6/18/1996 |
| 1989 Freight | 8/20/1996 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |

| | |
|---|---|
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1997 Freightliner | 1/10/1997 |
| 1989 Ford | 2/24/1997 |
| Toyota Forklift | 1/24/1997 |
| Toyota Forklift | 1/24/1997 |
| 1988 Ford | 5/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |
| 1998 Freightliner | 8/5/1997 |

| | |
|---|---|
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 9/30/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| 1998 Freightliner | 11/19/1997 |
| LoadMaster -Mcleod Hdwe | 12/22/1997 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1995 Freightliner | 11/27/1998 |
| 1999 53' Wabash | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |

| | |
|---|---|
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1999 53' W | 9/24/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| 1998 Wabash | 1/23/1998 |
| Featherlite | 8/11/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |
| 1995 Freightliner | 6/30/1998 |

| | |
|---|---|
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 2000 Freig | 4/28/1999 |
| 1988 Isuzu | 6/14/1999 |
| Generac Mo | 9/27/2000 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freighliner | 10/25/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Freightliner | 1/2/2001 |
| 1998 Isuzu | 11/20/2001 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/5/2002 |

| | |
|---|---|
| 1995 INTERNATIONAL 8200 | 3/5/2002 |
| 1995 INTERNATIONAL 8200 | 3/14/2002 |
| 1995 INTERNATIONAL 8200 | 3/14/2002 |
| CAT-12 ENGIINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| CAT-12 ENGINE | 4/3/2002 |
| 2001 CHEVY LUMINA | 2/20/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1995 FREIGHTLINER | 3/14/2002 |
| 1997 FREIGHTLINER | 3/14/2002 |
| 1997 FREIGHTLINER | 3/14/2002 |
| 1997 FREIGHTLINER | 3/14/2002 |
| 1997 FREIGHTLINER | 3/14/2002 |
| 1999 FREIGHTLINER | 3/14/2002 |
| 1999 FREIGHTLINER | 3/14/2002 |
| 2000 FREIGHTLINER-TRADED 1999 FREIGHTLINER | 3/14/2002 |
| FIFTH WHEEL WRECKER HOOK-UP | 5/15/2002 |
| 1997 DODGE RAM VAN B2500 | 7/8/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |

| | |
|---|---|
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1999 Freightliner | 9/3/2002 |
| 11 1985 Lufkin trailers | 9/13/2002 |
| 1999 Freightliner | 9/3/2002 |
| 1998 FREIGHTLINER | 9/30/2002 |
| 1998 FREIGHTLINER | 9/30/2002 |
| 2 ENGINES | 11/25/2002 |

**EXHIBIT B**

**Schedule of Excluded Assets**

Cash

Bank Accounts and Deposits

Receivables

All real estate of Seller except Effingham, Illinois. Leasehold interests in real property are not part of the Excluded Assets.

All racecars, a dualie pick-up truck used to pull the racecar trailer, a trailer made for the specific purpose of transporting racecars, and racecar-specific equipment (wrenches, tools and equipment for general use would not be part of Excluded Assets).

All existing or potential causes of action of Seller which exist immediately prior to Closing.