**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,** | ) | **Fed. Cl. No. 05-1058C** |
| **Plaintiff** | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant** | ) | |
| **v.** | ) | |
| **MIDWEST TRANSPORT, INC.** | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT INTERVENOR MIDWEST TRANSPORT INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 56, Defendant-Intervenor, Midwest Transport ("Midwest Transport"), by undersigned counsel, respectfully requests summary judgment in favor of defendants and for dismissal of Plaintiff Hal D. Hicks's ("Hicks") complaint with prejudice. The grounds for Midwest Transport's motion are set forth in the accompanying memorandum. Midwest Transport also files herewith an Appendix in support of its motion, as well as its "Proposed Findings of Uncontroverted Fact."

Respectfully Submitted,

__**s/**David P. Hendel__________

David P. Hendel
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22124
(703) 790-8750
*Attorney of Record for Midwest Transport, Inc.*

*Of Counsel:*

J. Michael Littlejohn
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182

John E. Hilton
CARMODY, MACDONALD, P.C.
120 S. Central Ave, Suite 1800
St. Louis, MO 63105

October 26, 2007