IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1058C (Judge Allegra) |
| THE UNITED STATES | ) | |
| Defendant, | ) | |
| and | ) | |
| MIDWEST TRANSPORT, | ) | |
| Defendant-Intervenor. | ) | |

**AFFIDAVIT OF JOHN F. THEIL**

Affiant, John F. Theil, on oath states:

1. I am counsel for Plaintiff, Hal D. Hicks, f/d/b/a Hal D. Hicks Mail Transportation in the above-captioned matter.

2. I certify that the documents contained in the Appendix filed with Plaintiff's Memorandum of Law in Opposition to Intervenor's Motion for Summary Judgment are true and accurate copies.

FURTHER AFFIANT SAYETH NOT.

John F. Theil

State of Florida, Co. of Volusia

SUBSCRIBED AND SWORN to before me, a Notary Public, this 5th day of December, 2007. Personally known

Barbara K. Cheh
Notary Public BARBARA K. CHEH

My Commission Expires:

BARBARA K. CHEH
MY COMMISSION # DD 634945
EXPIRES: April 8, 2011
Bonded Thru Budget Notary Services