**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,** | ) | **Fed. Cl. No. 05-1058C** |
| **Plaintiff** | ) | **(Judge Allegra)** |
| **v.** | ) | |
| **UNITED STATES,** | ) | |
| **Defendant** | ) | |
| **v.** | ) | |
| **MIDWEST TRANSPORT, INC.** | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT-INTERVENOR'S MOTION ADVISING THE COURT OF APPEARANCE OF COUNSEL TO ARGUE MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenor respectfully moves and advises the court of the appearance of J. Michael Littlejohn of Akerman Senterfitt Wickwire Gavin in Vienna, Virginia to argue Defendant-Intervenor's Motion for Summary Judgment on May 23, 2008 on behalf of Midwest Tranport, Inc. Mr. Littlejohn has served as "Of Counsel" in this matter, he is from the same law firm as the attorney of record, and he is admitted to practice before the United States Court of Federal Claims. Mr. Littlejohn's contact information is the same as the attorney of record. By submitting this motion, the undersigned attorney of record hereby endorses Mr. Littlejohn to argue the motion. In addition, the client, Midwest Transport, is aware of, and consents to, having Mr. Littlejohn argue the motion. The attorney-of-record will attend the oral argument.

Respectfully Submitted,

___s/David P. Hendel___________
David P. Hendel
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Phone: (703) 790-8750
Fax: (703) 448-1801

May 9, 2008

*Of Counsel:*

J. Michael Littlejohn
Sarah M. Graves
AKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Boulevard, Suite 700
Vienna, Virginia 22182
Phone: (703) 790-8750
Fax: (703) 448-1801

John E. Hilton
CARMODY MACDONALD, P.C.
120 S. Central Ave, Suite 1800
St. Louis, MO 63105
Phone: (314) 854-8600
Fax: (314) 854-8660