# In The United States Court of Federal Claims

No. 05-1058C

(Filed: May 20, 2008)

---

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

---

**ORDER**

---

Oral argument on the parties' motion for summary judgment is scheduled to be held in this case on Friday, May 23, 2008. Defendant filed a notice on October 23, 2007, stating that it would not be filing briefs regarding this motion. Nonetheless:

1. On or before Thursday, May 22, 2008, defendant shall file a brief statement indicating its position on the motion for summary judgment (*e.g.* grant the motion, deny the motion, genuine issue of material fact precludes granting the motion at this time, etc.) and,

2. Defendant shall not be permitted to argue during oral argument since it did not file briefs relating to this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge