# In The United States Court of Federal Claims

No. 05-1058C

(Filed: May 28, 2008)

HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

**ORDER**

On May 28, 2008, the court heard oral argument on the defendant-intervenor's motion for summary judgment. Present at oral argument were John Theil, for plaintiff; Michael Austin, for defendant; and J. Michael Littlejohn, for defendant-intervenor. Based on the existence of genuine issues of material fact, as described by the court at the conclusion of oral argument, the court hereby **DENIES** the motion. This denial, however, is without prejudice as to defendant-intervenor's arguments regarding the legal availability of certain of the relief requested by plaintiff.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge