# In The United States Court of Federal Claims

No. 05-1058C

(Filed: May 28, 2008)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

**ORDER**

On May 28, 2008, the court heard oral argument on the defendant-intervenor's motion for summary judgment. That motion was denied. Per discussions held during the argument, on or before June 13, 2008, the parties shall file a joint status report estimating the duration of the trial and proposing two available dates to hold a trial and.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge