IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HAL D. HICKS, f/d/b/a HAL D. HICKS MAIL TRANSPORTATION, Plaintiff, v. THE UNITED STATES, Defendant. and MIDWEST TRANSPORT, INC. Defendant-Intervenor | No. 05-1058C (Judge Allegra) |

DEFENDANT'S STATUS REPORT UPON BEHALF OF THE PARTIES

On May 28, 2008, this Court ordered the parties to file a status report indicating the anticipated length of and two time periods during the Fall in which to conduct the upcoming trial. The parties have conferred. The parties believe that the trial will last no more than one week. Accordingly, the parties suggest the weeks of October 20-24, 2008 or November 17-21, 2008 as possible trial dates.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

Attorneys for Defendant

June 12, 2008

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT UPON BEHALF OF THE PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin