# In The United States Court of Federal Claims

No. 05-1058C

(Filed: July 15, 2008)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

**ORDER**

A telephonic conference to discuss a pre-trial schedule will be held in this case on Wednesday, August 6, 2008 at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge