# In The United States Court of Federal Claims

No. 05-1058C

(Filed: August 7, 2008)

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

**ORDER**

On August 6, 2008, a status conference was held in this case. Participating in the conference were John Freeman Theil, on behalf of plaintiff; Michael Duane Austin, on behalf of defendant; and J. Michael Littlejohn, on behalf of defendant-intervenor. In accordance with the discussion held therein, the court adopts the following schedule for trial and pre-trial filings in this matter:

1. On or before September 12, 2008, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before October 8, 2008, plaintiff shall file:

   (a) His Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

(b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before November 7, 2008, defendant and defendant-intervenor shall file:

(d) Their responses to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

(e) Separate statements setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

(f) Separate statements setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A pre-trial conference will be held on November 21, 2008, at 10:00 a.m. (EST). The court will determine, at a later point, whether that conference will be in telephonic form or in person; and

5. Trial in this case will be held on December 15, 2008 through December 19, 2008, in St. Louis, Missouri, at a courthouse and times to be established by future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge