# In The United States Court of Federal Claims

No. 05-1058C

(Filed: September 2, 2008)

---

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

Plaintiff,

v.

THE UNITED STATES

Defendant,

And

MIDWEST TRANSPORT, INC.,

Defendant-Intervenor.

---

**ORDER**

---

Trial in this case will commence at 9:30 a.m. (CST.) on Monday, December 15, 2008, at the United States District Court, Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, MO, Courtroom #9.170. Each subsequent day of trial will begin at 9:00 a.m. (CST), unless otherwise ordered.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge