# In The United States Court of Federal Claims

No. 05-1058C

(Filed: November 14, 2008)

_____

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

       Plaintiff,

  v.

THE UNITED STATES

       Defendant,

  And

MIDWEST TRANSPORT, INC.,

       Defendant-Intervenor.

_____

**ORDER**

_____

Pursuant to a pretrial order issued on August 7, 2008, a pretrial conference scheduled for November 21, 2008, at 10:00 a.m. (EST) will be held via telephone.  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                              s/ Francis M. Allegra
                              Francis M. Allegra
                              Judge