# In The United States Court of Federal Claims

No. 05-1058C

(Filed:  December 10, 2008)
_____

HAL D. HICKS,  f/d/b/a  HAL D. HICKS
MAIL TRANSPORTATION,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant,

   And

MIDWEST TRANSPORT, INC.,

          Defendant-Intervenor.

_____

## ORDER
_____

On December 10, 2008, plaintiff filed an emergency motion for leave to supplement its witness list by adding to it a Ms. Cindy Bridwell.  Ms. Bridwell had been previously identified in plaintiff's initial disclosures but was not included on plaintiff's witness list filed with the court. Defendant did not object to Ms. Bridwell's inclusion, but defendant-intervenor filed a response opposing plaintiff's motion, also on December 10.  Having considered the arguments on both sides, the court hereby **GRANTS** plaintiff's motion.

    **IT IS SO ORDERED.**

                            s/ Francis M. Allegra
                            Francis M. Allegra
                            Judge