# In The United States Court of Federal Claims

No. 05-1058C

(Filed: December 22, 2008)

_____

HAL D. HICKS,  f/d/b/a  HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

      Trial will recommence at 10:00 a.m. (EST) on Tuesday, January 6, 2009, at the United States Court of Federal Claims, National Courts Building, Courtroom No. 5, 717 Madison Place, N.W., Washington, D.C. 20005.

      **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge