# In The United States Court of Federal Claims

No. 05-1058C

(Filed: January 6, 2009)

_____

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

The trial that was originally scheduled for January 6, 2009, will now recommence at 10:00 a.m. (EST) on Friday, January 23, 2009, at the United States Court of Federal Claims, National Courts Building, Courtroom No. 6, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge