# In The United States Court of Federal Claims

No. 05-1058C

(Filed: January 16, 2009)
_____

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.
_____

**ORDER**
_____

      Trial was held in this case on December 15-17, 2008, in St. Louis. The court received a copy of the trial transcript of these proceedings on January 16, 2009. On or before January 23, 2009, plaintiff shall file a memorandum listing the witnesses it intends to call for rebuttal purposes. To the extent any of those witnesses were not listed on plaintiff's witness list, plaintiff shall further explain how such witnesses will be "used exclusively for impeachment." RCFC App. A § 15. After receiving this filing, the court will notify the parties how it will proceed.

    **IT IS SO ORDERED.**

                                  s/ Francis M. Allegra
                                  Francis M. Allegra
                                  Judge