# In The United States Court of Federal Claims

No. 05-1058C

(Filed:  February 24, 2009)

_____

HAL D. HICKS,  f/d/b/a  HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

    On January 23, 2009, trial was held in this case in Washington, D.C.  At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings.  The court received a copy of the trial transcript on February 23, 2009.  Proof in this case is now closed.

    **IT IS SO ORDERED.**


                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge