# In The United States Court of Federal Claims

No. 05-1058C

(Filed: February 24, 2009)

_____

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

      As agreed upon by the parties at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before April 10, 2009, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before May 10, 2009, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument, should such argument be necessary.

**IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge