# In The United States Court of Federal Claims

No. 05-1058C

(Filed: April 1, 2009)

_____

HAL D. HICKS, f/d/b/a HAL D. HICKS
MAIL TRANSPORTATION,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant,

  And

MIDWEST TRANSPORT, INC.,

        Defendant-Intervenor.

_____

**ORDER**

_____

On March 31, 2009, plaintiff filed an unopposed motion for an enlargement of 20 days in which to file its post-trial brief. Plaintiff's motion is hereby **GRANTED.** Accordingly:

1. On or before April 30, 2009, the parties shall simultaneously file post-trial briefs.

2. On or before May 29, 2009, the parties shall simultaneously file replies to the initial post-trial briefs.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge